*In re* ENMIENDA A LAS REGLAS PARA LA ADMINISTRACIÓN DEL TRIBUNAL DE PRIMERA INSTANCIA DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO DE 30 DE JUNIO DE 1999, PARA AÑADIR UN INCISO (G) A LA REGLA 12.

*Número:* ER-2000-02          *Resuelto:* 16 de junio de 2000

# RESOLUCIÓN

Previa recomendación de la Directora Administrativa de los Tribunales, se añade un inciso (G) a la Regla 12 para la Administración del Tribunal de Primera Instancia de 30 de junio de 1999.

*Regla 12. Funcionamiento interno—Sesiones; días y horas de labor*

.    .    .    .    .    .    .    .

G. Las funciones de investigación fuera del horario regular de trabajo se atenderán en el horario de los salones de investigaciones de las Regiones Judiciales hasta la hora de cierre de las mismas. Luego de dicha hora y en las Regiones donde no hubiere salones de investigación, dichas funciones serán atendidas por jueces de turno. Todo turno tiene que realizarse dentro de la Región Judicial a la que el juez está asignado. Durante dicho turno:

1. El juez atenderá la solicitud del fiscal de turno respecto al caso a ser sometido. De considerarlo necesario, el juez podrá requerir la presencia del fiscal.

2. El fiscal hará llegar al juez la boleta, ya sea de noche o día de la intervención, con el policía.

3. El juez consignará en la denuncia el nombre del fiscal que lo llamó para someter el caso.

El Director Administrativo o la Directora Administrativa de los Tribunales emitirá unas normas sobre Sistemas de Turnos en las Regiones.

Esta Resolución tendrá vigencia inmediata.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

(*Fdo.*) Isabel Llompart Zeno
*Secretaria del Tribunal Supremo*